FILED
8/1/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SAUNDERS OUTDOOR ADVERTISING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ASPEN MANAGEMENT, LLC; and BUTANA SAND AND GRAVEL, LLC,<br><br>Defendant. | No. CV-19-26-BU-SEH<br><br>ORDER |

On July 30, 2019, Defendant Butana Sand and Gravel, LLC filed a motion to dismiss.[1] The motion does not indicate compliance with L.R. 7.1(c)(1).

ORDERED:

Butana's Motion to Dismiss[2] is DENIED without prejudice to renewal in compliance with the rules of this Court.

DATED this 1st day of August, 2019.

SAM E. HADDON
United States District Court

---

[1] Doc. 13.

[2] Doc. 13.