FILED
9/16/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| SAUNDERS OUTDOOR ADVERTISING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ASPEN MANAGEMENT, LLC; and BUTANA SAND AND GRAVEL, LLC,<br><br>Defendant. | No. CV-19-26-BU-SEH<br><br>**ORDER** |

Plaintiff having filed a second amended complaint on September 13, 2019,

ORDERED:

Defendant Butana's Renewed Motion to Dismiss[1] is DENIED as MOOT.

DATED this 16th day of September, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Court

---

[1] Doc. 16.