IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| SAUNDERS OUTDOOR ADVERTISING, INC., <br><br> Plaintiff/Counter Defendant, <br><br> vs. <br><br> ASPEN MANAGEMENT, LLC, and BUTANA SAND AND GRAVEL, LLC, <br><br> Defendants/Aspen Management, LLC Counter Plaintiff. | No. CV-19-26-BU-SEH <br><br> **ORDER** |
| ASPEN MANAGEMENT, LLC, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> SUMMIT VALLEY TITLE COMPANY, a Montana Domestic Profit Corporation, <br><br> Third-Party Defendant. | |

Plaintiff Saunders Outdoor Advertising, Inc. moved to Dismiss Counterclaim of Aspen Management, LLC. The motion does not comply with L.R. 7.1(c)(1).

ORDERED:

The Motion of Saunders Outdoor Advertising, Inc. to Dismiss Counterclaim of Aspen Management, LLC[1] is DENIED without prejudice for failure to comply with L.R. 7.1(c)(1). Plaintiff may resubmit the motion on or before November 15, 2019, in proper form.

DATED this 13th day of November, 2019

SAM E. HADDON
United States District Court

---

[1] Doc. 37.