# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| SAUNDERS OUTDOOR ADVERTISING, INC., | No. CV-19-26-BU-SEH |
| Plaintiff/Counter Defendant, | |
| vs. | **ORDER** |
| ASPEN MANAGEMENT, LLC, and BUTANA SAND AND GRAVEL, LLC, | |
| Defendants/Aspen Management, LLC Counter Plaintiff. | |
| ASPEN MANAGEMENT, LLC, | |
| Third-Party Plaintiff, | |
| vs. | |
| SUMMIT VALLEY TITLE COMPANY, a Montana Domestic Profit Corporation, | |
| Third-Party Defendant. | |

Upon the record made in open Court,

ORDERED:

1. The Second Renewed Motion of Saunders Outdoor Advertising, Inc. to Dismiss Counterclaim of Aspen Management, LLC[1] is GRANTED.

2. Defendant Aspen Management, LLC ("Aspen Management") shall have to and including February 14, 2020, to file an amended counterclaim.

3. Plaintiff Saunders Outdoor Advertising, Inc. shall have to and including February 21, 2020, to file a renewed motion and supporting brief to dismiss Aspen Management's amended counterclaim.

4. Aspen Management shall have to and including February 28, 2020, to file a response to any renewed motion to dismiss.

DATED this 4th day of February, 2020.

SAM E. HADDON
United States District Court

---

[1] Doc. 74.