# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| SAUNDERS OUTDOOR ADVERTISING, INC., <br><br> Plaintiff/Counter Defendant, <br><br> vs. <br><br> ASPEN MANAGEMENT, LLC, and BUTANA SAND AND GRAVEL, LLC, <br><br> Defendants/Aspen Management, LLC Counter Plaintiff. | No. CV-19-26-BU-SEH <br><br> **ORDER** |
| ASPEN MANAGEMENT, LLC, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> SUMMIT VALLEY TITLE COMPANY, a Montana Domestic Profit Corporation, <br><br> Third-Party Defendant. | |

Upon the record made in open Court,

ORDERED:

1. Butana's Motion to Dismiss Aspen's Amended Crossclaim[1] is DENIED.

2. Defendant Butana Sand and Gravel, LLC shall respond to Defendant Aspen Management, LLC's cross-claim[2] on or before February 14, 2020.

DATED this 4th day of February, 2020.

SAM E. HADDON
United States District Court

---

[1] Doc. 72.

[2] *See* Doc. 70 at 10.