Lawrence E. Henke
VICEVICH LAW
524 E. Park Street, Ste. B
Butte, MT 59701
(406) 782-1111
(406) 782-4000 fax
larry@vicevichlawlaw.com

Brooke B. Murphy
MURPHYMYERS PLLC
2718 Montana Avenue | Suite 220
P.O. Box 1619
Billings, Montana 59103-1619
(406) 732-6868
brooke@murphymyers.com
*Attorneys for Defendant/Third-Party Plaintiff Aspen Management, LLC*

Carrie R. Wasserburger
WASSERBURGER LAW, PLLC
1700 W. Koch Street, Suite10
Bozeman, MT 59715
(406) 624-6629
(406) 624-6300 fax
crw@wasserburgerlaw.com
*Attorney for Defendant Butana Sand & Gravel, LLC*

Arthur V. Wittich
MONTANA LAW COMPANY
280 W. Kagy Blvd, Ste. D-324
Bozeman, MT 59715
(406) 585-5598
(406) 585-9618 fax
artw@law-advisor.com
*Attorney for Plaintiff*

Liesel Shoquist
MILODRAGOVICH•DALE•STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, MT 59806
406-728-1455
lshoquist@bigskylawyers.com
*Attorney for Third Party Defendant Summit Valley Title Company*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| SAUNDERS OUTDOOR ADVERTISING, INC. | Cause No. CV-19-26-BU-SEH |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| ASPEN MANAGEMENT, LLC and BUTANA SAND AND GRAVEL, LLC, | |
| Defendants/Aspen Management, LLC Counter Plaintiff | |
| ASPEN MANAGEMENT, LLC, | |
| Third-Party Plaintiff, | |
| vs. | |
| SUMMIT VALLEY TITLE COMPANY, a Montana Domestic Profit Corporation, | |
| Third-Party Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties by and through their counsel of record, hereby stipulate and agree to dismiss this matter with prejudice for the reason that the matter has been settled on its merits with each party to bear their own costs and attorneys' fees.

The parties further request that the Clerk of Court of the U.S.D.C. for the District of Montana, Butte Division, release the funds in the amount of $3,000.00 deposited with the Court Registry Investment System to Defendant Butana Sand and Gravel, LLC, pursuant to the agreement of the parties.

Dated this 11th day of June, 2020.

MONTANA LAW COMPANY

By: /s/ Arthur Wittich
Arthur V. Wittich
Attorney for Plaintiff

VICEVICH LAW

By: /s/ Lawrence E. Henke
Lawrence E. Henke

MURPHYMYERS PLLC

By: /s/ Brooke B. Murphy
Brooke B. Murphy
Attorneys for Defendant Aspen Management, LLC

WASSERBURGER LAW, PLLC

By: /s/ Cassie R. Wasserburger
Carrie R. Wasserburger
Attorney for Defendant Butana Sand
& Gravel, LLC


MILODRAGOVICH•DALE•
STEINBRENNER, P.C.

By:  /s/ Liesel Shoquist
Liesel Shoquist
Attorney for Third Party Defendant
Summit Valley Title Company