# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| SAUNDERS OUTDOOR ADVERTISING, INC., <br><br> Plaintiff/Counter Defendant, <br><br> vs. <br><br> ASPEN MANAGEMENT, LLC, and BUTANA SAND AND GRAVEL, LLC, <br><br> Defendants/Aspen Management, LLC Counter Plaintiff. | No. CV-19-26-BU-SEH <br><br> **ORDER** |
| ASPEN MANAGEMENT, LLC, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> SUMMIT VALLEY TITLE COMPANY, a Montana Domestic Profit Corporation, <br><br> Third-Party Defendant. | |

On June 11, 2020, the parties filed a Stipulation for Dismissal with

Prejudice[1] and requested "release [of] funds in the amount of $3,000.00 deposited

---

[1] Doc. 127.

with the Court Registry Investment System to Defendant Butana Sand and Gravel, LLC, pursuant to the agreement of the parties."[2] The request as submitted does not include certain information necessary for compliance with L.R. 67.2.

ORDERED:

The parties may file a revised notice containing the information required by L.R. 67.2 on or before June 19, 2020.

DATED this 16th day of June, 2020.

*Sam E. Haddon*

SAM E. HADDON
United States District Court

---

[2] Doc. 127 at 2.