IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SAUNDERS OUTDOOR ADVERTISING, INC.,<br><br>    Plaintiff/Counter Defendant,<br><br>vs.<br><br>ASPEN MANAGEMENT, LLC, and BUTANA SAND AND GRAVEL, LLC,<br><br>    Defendants/Aspen Management, LLC Counter Plaintiff. | No. CV-19-26-BU-SEH<br><br>**ORDER** |
| ASPEN MANAGEMENT, LLC,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>SUMMIT VALLEY TITLE COMPANY, a Montana Domestic Profit Corporation,<br><br>    Third-Party Defendant. | |

The parties having filed a Stipulation for Dismissal with Prejudice[1] and without costs, and Butana Sand and Gravel, LLC's Unopposed Motion to Disburse

---

[1] Doc. 127.

Funds,[2]

ORDERED:

This case is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

FURTHER ORDERED:

The clerk is directed to disburse the funds deposited in the Court Registry Investment System as Disputed Ownership Funds in the amount of $3,000.00, plus any accrued interest to date of disbursement, after deduction of a fee in an amount not to exceed that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts, to Defendant Butana Sand and Gravel, LLC.

DATED this 22nd day of June, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Court

---

[2] Doc. 129.